UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | Margo Leach ) ) | |
| | Debtor ) ) ) ) ) | Case No. 16-41485<br>Chapter 7<br>[Related to Doc. No. 11] |

**NOTICE OF COMPLIANCE**

COMES NOW Respondent Critique Services, LLC by an through its counsel and submits the following proof of compliance with the Order of Judge Surratt-States Directing Disgorgement dated April 29, 2016. The above referenced Debtor has been repaid the amount listed and was mailed to the Debtor's attorney prior to this date on which Critique Services, LLC's Notice of Compliance is being filed. See attached copy of receipt of payment.

Respectfully submitted,

/s/ Laurence D. Mass
Laurence D. Mass #30977
Attorney for Critique Services, LLC &
Beverly Holmes Diltz
230 So. Bemiston Ave., Suite 1200
Clayton, Missouri 63105 Telephone:
(314) 862-3333 ext. 20
Facsimile: (314) 862-0605 Email:
laurencedmass@att.net

**CERTIFICATE OF SERVICE**

By signature above I hereby certify that on October 21, 2016 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

By: /s/ Laurence D. Mass

C:\Clients LDM\Holmes, Beverly\Compliance\Surratt-States\Leach\Compliance 10-21-16.wpd